UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 10 PM 3: 33

LORETTA G. WHYTE
CLERK

ALEXANDER A. OYENUGA

VERSUS

JOHN ASHCROFT, U.S. ATTORNEY
GENERAL , ET AL.

CIVIL ACTION

NO. 05-1410

SECTION "F" (2)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion, Accordingly;

IT IS ORDERED that the Amended Motion for Change of Venue (Rec. Doc. No. 19) and the Motion for Summary Judgment (Rec. Doc. No. 14) filed by the petitioner, Alexander A. Oyenuga, are DENIED.

IT IS FURTHER ORDERED that petitioner's Motion for Preliminary Injunction (Rec. Doc. No. 18) is DISMISSED WITHOUT PREJUDICE to his pursuit of similar relief in the United States First Circuit court of Appeals.

IT IS FURTHER ORDERED that Oyenuga's petition for issuance of a writ of habeas corpus under 28 U.S.C. 2241 is DENIED and DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 10th Day of May, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____